**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Pablo Artemio BASOCO, Defendant–Appellant.**

**No. 14–10197.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 21, 2015.\*

Filed Jan. 27, 2015.

Dimitra Sampson, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Kristina Lyn Sitton, Law Office of Kristina L. Sitton PLLC, Chandler, AZ, for Defendant–Appellant.

Before: CANBY, GOULD, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Pablo Artemio Basoco appeals from the district court's judgment and challenges the 12–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Basoco contends that his sentence is substantively unreasonable in light of the allegedly minor nature of the violation and because this is his first revocation. The district court did not abuse its discretion in imposing Basoco's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Basoco's apparent unsuitability for supervised release. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).